# EXHIBIT 8

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/12/2015 8:00:00 AM
CHRISTOPHER A. PRINE
Clerk

| | |
|---|---|
| **From:** | Debra Holloway |
| **Sent:** | Monday, November 09, 2015 11:12 AM |
| **To:** | 'fantaeja@hotmail.com' |
| **Subject:** | Syrian-America v. Pecten, Cause No. 2007-67830 |

| | |
|---|---|
| **Importance:** | High |

| | |
|---|---|
| **TimeMattersID:** | MCA37A566AF35766 |
| **TM Contact:** | SAMOCO |
| **TM Matter No:** | 436.001 |
| **TM Matter Reference:** | SAMOCO v. Pecten |

Ms. Palmer --

We represent SAMOCO in the above matter. It is my understanding that you were one of the court reporters who worked on this matter and have prepared and filed one or more volumes of the reporters' record with the Court of Appeals. Would you please forward your invoice to us as soon as possible.

Please let me know if you have any questions. Thank you.

Debi C. Holloway, ACP
Paralegal
**Shipley Snell
Montgomery**
LLP
712 Main, Suite 1400
Houston, Texas 77002-3201
713.490.3829 (direct)
713.652.5920 (main)
dholloway@shipleysnell.com

1